KRUCZINSKI and others, Respondents, vs. NEUENDORF and wife, imp., Appellants.

*March 24 — April 12, 1898.*

*Kruczinski v. Neuendorf, ante,* p. 264, followed.

APPEAL from an order of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge. *Affirmed.*

*J. C. Officer,* for the appellants.

For the respondents there was a brief by *John C. Keefe* and *John S. Maxwell,* and oral argument by *Mr. Keefe.*

CASSODAY, C. J.   This is an appeal from an order overruling the demurrer interposed by the appellants to the complaint, which alleges, in effect, the same facts as in the other case brought by the same plaintiffs against these appellants and others (*ante,* p. 264), except as to the facts here-

inafter stated, to the effect that January 16, 1890, the defendants *John F. Neuendorf* and wife conveyed by warranty deed to the defendants August and Maria Kowalski the west half of the land described; that August 20, 1891, the said August and Maria Kowalski made, executed, and delivered to the defendant Horace S. Weeks, as trustee, their certain mortgage, covering the land last described, to secure the payment of $750 three years after date, with interest at seven per cent., payable semi-annually, which mortgage was recorded August 31, 1891; that February 21, 1895, the said August and Maria Kowalski conveyed by warranty deed to the defendant Frank Drewinak the land last described, subject to the mortgage for $750, which deed recited a consideration of $1,500, and was duly recorded February 25, 1895. The complaint prays judgment, as in the other case, and that the mortgage to Horace S. Weeks, as trustee, be declared null and void, so far as the interests of the plaintiffs in this action are concerned, and that their interests may be released from the pretended lien and incumbrance of the said mortgage, and the cloud be removed; that the plaintiffs may have and recover of and from the defendants Frank Drewinak and *John F. Neuendorf* and August Kowalski $1,500, for their undivided one-half interest in the rents and profits; and for general relief, with costs and disbursements.

For the reasons given in the opinion filed in the other case, the order of the circuit court is affirmed.

*By the Court.*— Order affirmed.